TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00168-CV

Byronel Kay Bonn, Independent Executrix of the Estate of 

Robert E. Bonn, Deceased, Appellant

v.

Carl F. Bonn, Appellee

FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT

NO. 4653, HONORABLE GUILFORD JONES, JUDGE PRESIDING 

PER CURIAM

 Appellant Byronel Kay Bonn, Independent Executrix of the Estate of Robert E.
Bonn, deceased, has filed a motion to dismiss this appeal. As set out in the motion, appellant is
the only party to file a notice of appeal and no longer wishes to appeal the trial-court judgment.

 We grant the motion and dismiss this appeal.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: August 13, 1998

Do Not Publish